IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02548-BNB

CALVIN J. NEZ, JR.,

    Plaintiff,

v.

FOUR UNKNOWN OFFICERS, USP Florence,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Calvin J. Nez, Jr., is in the custody of the federal Bureau of Prisons at the United States Penitentiary in Pine Knot, Kentucky. Mr. Nez initiated this action on September 15, 2014, by filing a Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388 (1971).

On September 16, 2014, Magistrate Judge Boyd N. Boland reviewed Mr. Nez's filing and determined that it was deficient. Magistrate Judge Boland directed Plaintiff to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint on the court-approved forms. Magistrate Judge Boland advised Mr. Nez that he could pay the $400.00 filing fee in lieu of submitting a § 1915 motion and affidavit. Plaintiff was warned in the September 16 Order that failure to cure the deficiencies would result in dismissal of this action without further notice.

Mr. Nez has now failed to comply with the September 16 Order. Moreover, he has not communicated with the Court since he initiated this action. Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Calvin J. Nez, to comply with the September 16, 2014 Order Directing Plaintiff to Cure Deficiencies.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.  See Coppedge v. United States, 369 U.S. 438 (1962).  If Mr. Nez files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed in forma pauperis in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED October 22, 2014, at Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court